IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BEVERLY INGRAM,                        *
                                       *
              Plaintiff,               *
                                       *
vs.                                    *        No. 5:11-cv-00219-SWW
                                       *
                                       *
                                       *
CENTRAL MOLONEY, INC.,                 *
                                       *
              Defendant.               *

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case be, and it hereby is, dismissed with prejudice.


IT IS SO ORDERED this 27th day of April 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE